

# COMMONWEALTH *of* VIRGINIA

State Capitol

***– Official –***

To the: Honorable Mark S. Davis

We, the undersigned, Electors of President and Vice President of the United States of America, being Electors duly and legally appointed for the Commonwealth of Virginia, do hereby certify that true and correct lists of all votes of the Commonwealth of Virginia given for President of the United States of America, and all votes given for Vice President of the United States of America, are contained herein.

In testimony whereof, we have hereunto signed our names, on the 17th day of December, in the year of our Lord, two thousand and twenty-four, and in the two hundred and forty-ninth year of the Commonwealth.

Electors

[signatures]

# *COMMONWEALTH Of VIRGINIA*

**TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETING:**

## Certificate of Ascertainment

I, GLENN YOUNGKIN,

Governor of the Commonwealth of Virginia,

hereby certify that at a meeting of the State Board of Elections, held pursuant to law on the second day of December, two thousand and twenty four, on examination of the official certified abstracts of votes on file with the Virginia Department of Elections it was ascertained and determined that at the general election held on the fifth day of November, two thousand and twenty-four, the following named persons received votes for Electors of President and Vice President of the United States of America as follows respectively to-wit:

# COMMONWEALTH Of VIRGINIA

TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETING:

| Electors for Kamala D. Harris and Tim Walz | | |
|---|---|---|
| CD 1 | Alan Hamilton Kennedy | 2,335,395 |
| CD 2 | Jeffrey A. Breit | 2,335,395 |
| CD 3 | David Brian Washington | 2,335,395 |
| CD 4 | Elizabeth Vedernikova Khanna | 2,335,395 |
| CD 5 | Gary Davis Schatz | 2,335,395 |
| CD 6 | Dorothy S. Blackwell | 2,335,395 |
| CD 7 | Joseph Odell Smith III | 2,335,395 |
| CD 8 | David Jacob Leichtman | 2,335,395 |
| CD 9 | Jerrell Wayne Saleeby | 2,335,395 |
| CD 10 | Koran Terry Saines | 2,335,395 |
| CD 11 | Christopher Joseph Ambrose | 2,335,395 |
| At Large | Susan Bates Hippen | 2,335,395 |
| At Large | Susan Reid Swecker | 2,335,395 |

| Electors for Donald J. Trump and JD Vance | | |
|---|---|---|
| CD 1 | Randy Robert Eaton | 2,075,085 |
| CD 2 | Alan John Cobb | 2,075,085 |
| CD 3 | Lawton Henry Baker | 2,075,085 |
| CD 4 | Faye Chewning Weems | 2,075,085 |
| CD 5 | James O. Herring, Jr. | 2,075,085 |
| CD 6 | Anne Taetzsch Fitzgerald | 2,075,085 |
| CD 7 | John Simpson Gray | 2,075,085 |
| CD 8 | Michael Charles Maibach | 2,075,085 |
| CD 9 | John William Lee Craig II | 2,075,085 |
| CD 10 | Carol Droessler Fox | 2,075,085 |
| CD 11 | Stephen Michael Hunt | 2,075,085 |
| At Large | Kenneth Joseph Nunnenkamp | 2,075,085 |
| At Large | Waverly Starr Woods | 2,075,085 |

# COMMONWEALTH Of VIRGINIA

TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETING:

| Electors for Jill E. Stein and Rudolph T. Ware III | | |
|---|---|---|
| CD 1 | Renee Erin Deutermann | 34,888 |
| CD 2 | Matthew Gregory Dobben | 34,888 |
| CD 3 | Jeffrey Bennett Staples | 34,888 |
| CD 4 | Rain Burroughs | 34,888 |
| CD 5 | Becker Sidney Smith | 34,888 |
| CD 6 | Andrew John Franke | 34,888 |
| CD 7 | Christopher Edmond Fink | 34,888 |
| CD 8 | Elena Gabriela Costa | 34,888 |
| CD 9 | Clifford Barry Anderson | 34,888 |
| CD 10 | Maria Jeannette Yepes | 34,888 |
| CD 11 | Jonah Earl Thomas | 34,888 |
| At Large | Adele Abrahamse Roof | 34,888 |
| At Large | Tamar Byczek Yager | 34,888 |

| Electors for Chase Russell Oliver and Mike ter Maat | | |
|---|---|---|
| CD 1 | Nicolas James Kurfees | 19,814 |
| CD 2 | Lawrence Millen | 19,814 |
| CD 3 | James Joseph St. John | 19,814 |
| CD 4 | Donald Robert Pinkleton, Jr. | 19,814 |
| CD 5 | Adam Nicholas Plaskey | 19,814 |
| CD 6 | Brian Aaron Hiner | 19,814 |
| CD 7 | David Matthew Norton | 19,814 |
| CD 8 | Logan Mackenzie Hoy | 19,814 |
| CD 9 | Eric Walker Bowling | 19,814 |
| CD 10 | James Paul Repass, Jr. | 19,814 |
| CD 11 | Christopher John Cunningham | 19,814 |
| At Large | Paul Michael Bracco | 19,814 |
| At Large | Jason Scott Bruce | 19,814 |

# *COMMONWEALTH Of VIRGINIA*

## TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETING:

| Electors for Claudia De la Cruz and Karina Garcia | | |
|---|---|---|
| CD 1 | Elizabeth Louise Lowery | 8,410 |
| CD 2 | Briana Mavolyn Hurt | 8,410 |
| CD 3 | Alexandra Skye Grossman | 8,410 |
| CD 4 | Jason Leon Brown II | 8,410 |
| CD 5 | Samantha Gray Porter | 8,410 |
| CD 6 | Klio Nicolette Stroubakis | 8,410 |
| CD 7 | Carlos Alberto Leon, Jr. | 8,410 |
| CD 8 | Linnan Alicia Lin | 8,410 |
| CD 9 | Peter Owen Lauck | 8,410 |
| CD 10 | Giovanni Lorenzo Iraheta-Leon | 8,410 |
| CD 11 | Angel E Martinez Alfaro | 8,410 |
| At Large | David Warren Eugene Robbins | 8,410 |
| At Large | Lucas Rodriguez | 8,410 |

| Electors for Cornel R. West and Melina Abdullah | | |
|---|---|---|
| CD 1 | Oscar Daniel Bermejo-McGee | 8,984 |
| CD 2 | Shaun Travon Simpson | 8,984 |
| CD 3 | Dawn Denise Harris | 8,984 |
| CD 4 | Johnzelle Jeffrey Anderson | 8,984 |
| CD 5 | Pim Melissa Jean Huntington Halka | 8,984 |
| CD 6 | Benjamin Joseph Klopfenstein | 8,984 |
| CD 7 | Ben Black | 8,984 |
| CD 8 | Anderson McNally Vereyken | 8,984 |
| CD 9 | Lynn Chipkin | 8,984 |
| CD 10 | Benjamin Barret Calloway-Jones | 8,984 |
| CD 11 | Yamnah Zaman | 8,984 |
| At Large | Holly Aileen Lutz | 8,984 |
| At Large | David Warren Eugene Robbins | 8,984 |

# COMMONWEALTH
# *Of* VIRGINIA

TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETING:

**I Hereby Certify** that it was ascertained and determined by the State Board of Elections that *Alan Hamilton Kennedy, Jeffrey A. Breit, David Brian Washington, Elizabeth Vedernikova Khanna, Gary Davis Schatz, Dorothy S. Blackwell, Joseph Odell Smith III, David Jacob Leichtman, Jerrell Wayne Saleeby, Koran Terry Saines, Christopher Joseph Ambrose, Susan Bates Hippen, and Susan Reid Swecker* having received the greatest number of votes cast in said election were duly appointed as electors for Kamala D. Harris and Tim Walz respectively for President and Vice President of the United States.

**Witness** the following official signatures and the seal of the Commonwealth at the City of Richmond, this 3rd day of December, two thousand and twenty-four, in the two hundred and forty-ninth year of the Commonwealth.

Governor of Virginia

Secretary of the Commonwealth

# COMMONWEALTH Of VIRGINIA

TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETING:

## CERTIFICATE OF VOTE

United States of America
*Commonwealth of Virginia* ss:

We, the undersigned, Electors of President and Vice President of the United States of America for the next ensuing regular term of the respective offices thereof, being Electors duly and legally appointed by and for the Commonwealth of Virginia, as appears by the annexed list of Electors and the Certificate of the Executive, made, certified, and delivered to us by the direction of the Executive of the Commonwealth, having met and convened in the City of Richmond, Virginia, and the seat of Government, at the Capitol, in pursuance of the Constitution and laws of the United States, and also in pursuance of the Constitution and laws of the Commonwealth of Virginia, on the 17th day of December, in the year two thousand and twenty-four:

DO HEREBY CERTIFY, that, being so assembled, we duly qualified and organized and that all the Electors duly and legally appointed by and for the Commonwealth of Virginia appeared and answered to their names, and that thereupon, being duly in session at said Capitol on the 17th day of December, in the year two thousand and twenty four, we proceeded to vote by roll call, and voted first for such President, and then for such Vice President, by distinct roll call.

And we further certify that the following are two distinct lists, one of the votes for such President and the other of the votes for such Vice President.

# COMMONWEALTH
# Of VIRGINIA

TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETING:

List of all persons voted for as President of the United States of America, with the number of votes for each.

| NAMES OF PERSONS VOTED FOR | NUMBER OF VOTES |
| --- | --- |
| Kamala D. Harris, of the State of California,<br>And no other person | *Thirteen* |

List of all persons voted for as Vice President of the United States of America, with the number of votes for each.

| NAMES OF PERSONS VOTED FOR | NUMBER OF VOTES |
| --- | --- |
| Tim Walz, of the State of Minnesota,<br>And no other person | *Thirteen* |

# COMMONWEALTH
# Of VIRGINIA

## TO ALL TO WHOM THESE PRESENTS SHALL COME - GREETING:

**IN WITNESS WHEREOF,** we have hereunto signed our names at the Capitol, in the City of Richmond, Commonwealth of Virginia, on the 17TH day of December, in the year two thousand and twenty-four, and in the two hundred and forty-ninth year of the Commonwealth.

**ELECTORS:**

| | |
|---|---|
| Alan Hamilton Kennedy | David Jacob Leichtman |
| ~~Jeffrey A. Brett~~ Tyee D Mallory | Jerrell Wayne Saleeby |
| David Brian Washington | Koran Terry Saines |
| Elizabeth Vedernikova Khanna | Christopher Joseph Ambrose |
| Gary David Schatz | ~~Susan Bates Hippen~~ |
| Dorothy S. Blackwell | Susan Reid Swecker |
| Joseph Odell Smith III | |



**COMMONWEALTH of VIRGINIA**
**2024 ELECTORAL COLLEGE**

# CERTIFICATE OF FILLING VACANCY OF ELECTOR OF PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES

Upon the call of the roll at the meeting of the Electors of President and Vice President of the United States for the Commonwealth of Virginia for the 2024 General Election on Tuesday, the seventeenth day of December, two thousand and twenty-four, a vacancy became known due to the absence of Elector

JEFFREY A. BREIT

A plurality of the Electors present, by ballot, selected

TYEE MALLORY

as an Elector of President and Vice President of the United States of America for the Commonwealth of Virginia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

Susan Bates Hippen
Secretary of the 2024 Virginia Electoral College